## United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| PHOENIX BULK CARRIERS (US) LLC § | |
| § | |
| v. § | CIVIL ACTION NO. 3:23-CV-2682-S |
| § | |
| CAL-IXA AGGREGATES LLC, d/b/a § | |
| CAL-IXA AGGREGATES § | |

### ORDER

Plaintiff Phoenix Bulk Carriers (US) LLC has filed a Verified Complaint [ECF No. 1] against Defendant CAL-IXA Aggregates asserting an admiralty claim for failure to pay freight and/or demurrage pursuant to the underlying charter party. Plaintiff also filed a Motion For Writ of Attachment and Garnishment [ECF No. 2] seeking the issuance of Process of Maritime Attachment and Garnishment under Rule B of the Supplemental Rules for Admiralty and Maritime Claims.

The Court has reviewed the Verified Complaint and the Motion and finds that the conditions required by Supplemental Rule B exist; Plaintiff appears to have a valid prima facie admiralty claim against Defendant, the Complaint is verified, and an affidavit, the Verification Declaration of Robert Seward on Plaintiff's behalf concluding that Defendant cannot be found in this District, is attached. *See* Fed. R. Civ. P. Supp. R. B(1)(a). Accordingly, the Court **GRANTS** Plaintiff's Motion For Writ of Attachment and Garnishment [ECF No. 2].

It is **ORDERED** that the Clerk of this Court is instructed to issue Process of Maritime Attachment and Garnishment against all goods, chattels, assets, cash, funds, wire transfers, accounts, electronic funds transfers, freights, sub-freights, charter hire, sub-charter hire, credits, letters of credit, bills of lading, effects, debts and monies, tangible or intangible, or any funds up to the amount of $245,000.00, belonging to, due, claimed by, or being transferred to, from or for

the benefit of Defendant, CAL-IXA AGGREGATES LLC ("CAL-IXA" or "Defendant"), including, but not limited to such property as may be held, received or transferred in Defendant's name or as may be held received or transferred for its benefit at, moving through, or within the possession, custody or control of garnishees named in Schedule A attached to this Order and said Order being equally applicable with respect to the issuance and service of additional Writs of Maritime Attachment and Garnishment upon any garnishee in this District not named therein; and

It is further **ORDERED** that all persons claiming any interest in the property attached or garnished, upon application to the Court, be entitled to a prompt hearing in which Plaintiff shall be required to show why the attachment should not be vacated or further relief granted; and

It is further **ORDERED** that supplemental process enforcing this Order may be issued by the Clerk upon application without further order of the Court; and

It is further **ORDERED** that a copy of this Order be attached to and served with the Writ of Maritime Attachment and Garnishment; and

It is further **ORDERED** that pursuant to Rule B(1)(b)(ii), Michael Elliott of Elliott Sauter, PLLC, counsel for Plaintiff, is specially appointed to make service of the Writ of Maritime Attachment or Garnishment, along with a copy of the Verified Complaint and other ancillary documents in this action. Mr. Elliott may further appoint or engage any other person at least 18 years of age and not a party to this action to make service of process in this action without further order from the Court; and

It is further **ORDERED** that following the initial service by the United States Marshal or other duly-designated process server upon each garnishee, supplemental service of Writ of Maritime Attachment or Garnishment, as well as this Order, may be made by facsimile transmission or e-mail to each garnishee; and

It is further **ORDERED** that each garnishee may consent in writing to accept service by any other means; and

It is further **ORDERED** that service on any garnishee as described above is deemed continuous throughout the day from the time such service through the opening of the garnishee's business on the next business day.

**SO ORDERED.**

SIGNED December 11, 2023.

*/s/ Karen Gren Scholer*

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE

3

## SCHEDULE A

Garnishees upon whom a copy of the Process of Maritime Attachment and Garnishment may be served:

1. Veritex Community Bank, 8214 Westchester Drive, Suite 800, Dallas, Texas 75225.